IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEVERICK SCOTT**  **PLAINTIFF**
**ADC # 131042**

v.  No. 5:12-cv-229-DPM

**RAY HOBBS, Director,**
**Arkansas Department of Correction**  **DEFENDANT**

### JUDGMENT

Scott's petition for writ of habeas corpus, *Document No. 1*, is dismissed without prejudice. A certificate of appealability will not issue because Scott has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 September 2012