IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEVERICK SCOTT**                                                            **PLAINTIFF**
**ADC # 131042**

v.                            **No. 5:12-cv-229-DPM**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                          **DEFENDANT**

### JUDGMENT

Scott's petition for writ of habeas corpus, *Document No. 1*, is dismissed without prejudice. A certificate of appealability will not issue because Scott has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 September 2012